B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re: Jose Raul Correa  
Aka Jose R Correa  
Aka Jose Correa

Case No. 18-24826-LMI

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Servis One, Inc. DBA BSI Financial Services | Rushmore Lms |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services  
1425 Greenway Drive, #400  
Irving TX 75038

Court Claim # (if known): 9-1  
Amount of Claim: $308,413.00  
Date Claim Filed: February 27, 2019

Phone: 800-327-7861  
Last Four Digits of Acct #: 2590

Phone: 888-616-5400  
Last Four Digits of Acct #: 2590

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services  
314 S. Franklin Street, P.O. Box 517  
Titusville PA 16354

Phone: 800-327-7861  
Last Four Digits of Acct #: 2590

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Keley Jacobson          Date: October 13, 2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.